**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONNIE RAY MCKINLEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> K. CALATAYUD, <br><br> Defendant. | Case No. 5:22-cv-00214-JWH-AJR <br><br> **ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

1  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for
2  Summary Judgment, all the records and files herein, and the Report and
3  Recommendation of the United States Magistrate Judge. The time for filing
4  objections to the Report and Recommendation has passed and no objections have
5  been received. Accordingly, the Court hereby **ORDERS** as follows:

6  1.  The findings, conclusions, and recommendations of the Magistrate
7  Judge are **ACCEPTED** and **ADOPTED**.
8  2.  Defendant's Motion for Summary Judgment is **GRANTED**.
9  3.  This action is **DISMISSED with prejudice**.
10 4.  The Clerk is **DIRECTED** to serve copies of this Order and the
11 Judgment herein on Plaintiff at his current address of record, as well as all
12 defendants who have appeared in the action.
13 5.  Judgment shall issue accordingly.
14 **IT IS SO ORDERED.**

16 DATED: March 19, 2025

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE