JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONNIE RAY MCKINLEY, JR., | Case No. 5:22-cv-00214-JWH-AJR |
|---|---|
| Plaintiff, | |
| v. | **JUDGMENT** |
| K. CALATAYUD, | |
| Defendant. | |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: March 19, 2025

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE